

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2018

No. 04-16-00508-CR

Miguel **AGUILAR**, **JR**.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CRS1753 D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Sitting:      Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Irene Rios, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2018.

_____
Keith E. Hottle
Clerk of Court